# Court of Appeals
# of the State of Georgia

ATLANTA, __April 03, 2014__

*The Court of Appeals hereby passes the following order:*

**A14A1140.  SCALES v. THE STATE.**

On March 17, 2014, appellant Roger Scales moved this Court to remand this appeal from his conviction on aggravated assault and other charges on the ground that he has not yet had the opportunity to raise claims that trial counsel was ineffective. Scales points out that trial counsel filed Scales's notice of appeal, that he has requested and is still awaiting appointment of new appellate counsel, and that only new counsel can raise his ineffectiveness claims concerning trial counsel. The State has not filed any opposition to Scales's motion.

Scales's motion to remand is GRANTED. See *Garland v. State*, 283 Ga. 201, 205 (657 SE2d 842) (2008) (because a lawyer cannot argue his own ineffectiveness, and because a defendant need not show any potential merit to his claims of ineffectiveness, a trial court erred when it refused to consider defendant's allegations of trial counsel's ineffectiveness with the assistance of new counsel). After new counsel is appointed, and after a hearing on ineffectiveness claims, if any, raised in a motion for new trial, Scales will have 30 days from the trial court's disposition of those claims to file a notice of appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __04/03/2014__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*